WILLIAM SHEARS, Respondent, *v.* THE TOWN OF UNION VALE, Appellant.

*Shears* v. *Town of Union Vale*, 129 App. Div. 925, affirmed.
(Submitted March 23, 1910; decided April 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 6, 1909, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial in an action to recover the value of a horse alleged to have been injured through the negligence of defendant in failing to keep in repair a highway bridge.

*Charles Morschauser* for appellant.

*Walter Farrington* and *George Card* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.